STATE OF CONNECTICUT *v.* ALFONSO ROLLI

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 269 (AC 17392), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided June 30, 1999

ALBERT SANDELLA ET AL. *v.*
DICK CORPORATION ET AL.

The petition of the Maguire Group, Inc., for certification for appeal from the Appellate Court, 53 Conn. App. 213 (AC 17504), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Lorinda S. Coon*, in support of the petition.

*Karen K. Clark* and *Frank G. Usseglio*, in opposition.

Decided June 30, 1999